FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:18-cr-7-0rl-31TBS
    26 U.S.C. § 7206(2)

REBECA PABON

## INDICTMENT

The Grand Jury charges:

### COUNTS ONE THROUGH SIXTEEN

On or about the dates set forth below, in the Middle District of Florida, and elsewhere, the defendant,

**REBECA PABON,**

did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of individual and joint U.S. Income Tax Returns, Forms 1040, 1040X, and 1040 Schedule C, for the taxpayers and calendar years set forth below, under and in connection with matters arising under the Internal Revenue laws, which returns were false and fraudulent as to material matters, in that the returns represented that the taxpayers were entitled to claim deductions for items and in amounts set forth below, whereas, as the defendant then and there knew, the taxpayers were not entitled to claim deductions in the claimed amounts:

| COUNT | DATE OF OFFENSE | TAXPAYER(S) | TAX YEAR | FALSELY CLAIMED ITEM |
|---|---|---|---|---|
| One | 4/6/2015 | D.G. | 2012 | Loss of $16,995 from a Schedule C business |
| Two | 4/9/2015 | D.G. | 2013 | Loss of $21,538 from a Schedule C business |
| Three | 3/4/2015 | D.G. | 2014 | Loss of $19,926 from a Schedule C business |
| Four | 3/4/2015 | G.G. & M.G. | 2014 | Loss of $9,166 from a Schedule C business |
| Five | 3/11/2015 | S.H. | 2014 | Loss of $19,865 from a Schedule C business |
| Six | 3/6/2014 | J.M. & L.G. | 2013 | Loss of $22,082 from a Schedule C business |
| Seven | 3/5/2015 | J.M. & L.G. | 2014 | Loss of $14,299 from a Schedule C business |
| Eight | 3/4/2015 | S.M.-1 & S.M.-2 | 2014 | Loss of $15,434 from a Schedule C business |
| Nine | 4/21/2014 | D.O. | 2013 | Loss of $9,631 from a Schedule C business |
| Ten | 3/6/2015 | D.O. | 2014 | Loss of $13,992 from a Schedule C business |
| Eleven | 1/29/2014 | S.Q. | 2013 | Loss of $11,694 from a Schedule C business |
| Twelve | 3/4/2015 | S.Q. | 2014 | Loss of $14,160 from a Schedule C business |
| Thirteen | 2/8/2014 | L.R. & B.T. | 2013 | Loss of $32,880 from a Schedule C business |
| Fourteen | 3/23/2015 | L.R. & B.T. | 2014 | Loss of $34,195 from a Schedule C business |

| COUNT | DATE OF OFFENSE | TAXPAYER(S) | TAX YEAR | FALSELY CLAIMED ITEM |
|---|---|---|---|---|
| Fifteen | 3/18/2014 | J.S. & C.S. | 2013 | Loss of $14,958 from a Schedule C business |
| Sixteen | 3/4/2015 | J.S. & C.S. | 2014 | Loss of $10,811 from a Schedule C business |

In violation of 26 U.S.C. § 7206(2).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney

By: _____
Katherine M. Ho
Assistant United States Attorney
Chief, Orlando Division

3

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

REBECA PABON

## INDICTMENT

Violation:

26 U.S.C. § 7206(2)

A true bill,

_____
Foreperson

Filed in open court this 10th day of January, 2018.

_____
Clerk

Bail $ _____